JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CRAIG COOPER,                             )    No. CV 12-7335-CAS (CW)
                                          )
              Petitioner,                 )    JUDGMENT
                                          )
        v.                                )
                                          )
G. SWARTOUT,                              )
                                          )
              Respondent.                 )
_____ )

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATED:   September 6, 2012

                                    _____
                                    CHRISTINA A. SNYDER
                                    United States District Judge